IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMAD MOHAMMAD AL DARBI, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-2371 (RCL) |
| BARACK OBAMA, *et al.*, | ) | |
| Respondents. | ) | |

**ORDER**

Upon consideration of Respondents' First Consent Motion to Extend Date for Respondents to File Opposition to Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery and without objection by Petitioner, it is hereby

ORDERED that the time for Respondents to file their opposition to Petitioner's Motion to Compel Production of Exculpatory Information and Automatic Discovery is extended until August 14, 2009, *nunc pro tunc*.

Date:  8/18/2009                 /s/  Royce C. Lamberth
                                 UNITED STATES DISTRICT JUDGE